IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BROWN, | ) |
| Plaintiff | ) Case No. 1:18-cv-0086 (Erie) |
| vs. | ) |
| | ) RICHARD A. LANZILLO |
| JOHN WETZEL, *Secretary of the Pennsylvania Department of Corrections*, et al., | ) UNITED STATES MAGISTRATE JUDGE |
| | ) ORDER REGARDING SETTLEMENT |
| Defendants | ) |

The Court has been informed that the Parties have reached a settlement in this matter. This case was administratively closed pending mediation on July, 20, 2020 (ECF No. 105), and will remain closed pending execution of the settlement agreement. Nothing contained in this Order shall be considered a dismissal or disposition of this matter and the Court will continue to retain jurisdiction should further proceedings regarding settlement become necessary.

The Plaintiff shall file a Notice of Voluntary Dismissal on or before Wednesday, November 18, 2020. Counsel for the Plaintiff and Counsel for the Defendants are directed to file a joint written status report outlining the progress undertaken to effectuate the settlement on or before Monday, October 19, 2020.

The Court expresses its appreciation to Tausha Saunders, Esq., of Fox Rothschild LLP, Pittsburgh, Pennsylvania, for her pro bono representation of the Plaintiff throughout the mediation process.

Entered and Ordered this 21st day of September, 2020.

RICHARD A. LANZILLO
United States Magistrate Judge